FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:40 pm, Dec 01, 2020

# In the United States District Court for the Southern District of Georgia Waycross Division

CHASE MOBLEY and
ELIJAH THOMAS,

    Plaintiffs,

v.

UNITED STATES GOVERNMENT,

    Defendant.

CV519-116

## ORDER

Before the Court is Plaintiff's motion to appear at the December 15, 2020 motion hearing by telephone of video conference. Dkt. No. 43. After consideration of the motion and for good cause shown, the motion is **GRANTED**. The United States Government may appear by Video Conference. The Plaintiffs may appear in person on December 15, 2020 at 1:00 pm at the Federal Courthouse in Brunswick, or they may appear also by way of Video Conference.

**SO ORDERED**, this 1st day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA