AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DYLAN CHASE MOBLEY and ELIJAH THOMAS,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:19-cv-116

UNITED STATES GOVERNMENT, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated December 9, 2021, the United States Government's motion for summary judgment is granted. Judgment is hereby entered, and this case stands closed.

Approved by: *[signature]*
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: December 13, 2021

John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020